# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS

# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **DOCKET NUMBER** |
| **VS.** | § | **1:24-CR-00211-002 RP** |
| | § | |
| **DHRUV RAJESHBHAI MANGUKIYA** | § | |

## DHRUV MANGUKIYA'S MEMORANDUM IN AID OF SENTENCING

Dhruv Mangukiya, by and through his attorney of record, Samuel E. Bassett file this Memorandum in Aid of Sentencing for this cause set for sentencing on October 10, 2025.

## Introductory Statement

Dhruv Manbukiya, a then twenty-year (20) year old international student at PACE University, made the life changing decision to participate in a conspiracy to commit money laundering initially as a courier and later recruited his friend to participate as well. He was directed by individuals in India who he feared may cause harm to his family members at a point in time during the criminal activity. Dhruv will never realize his dream of living in the United States and obtaining an education in the United States because of his poor decisions. He has remained in detention since his arrest in December, 2024 and has experienced abuse at the hands of a fellow inmate as well as deep shame and depression for his actions. The life of a highly accomplished student and hard-working young man has been altered forever.

1

## History and Characteristics of Defendant

Dhruv came to the United States with his older brother (Angel) when he was seventeen (17) years old.  They were to enroll at Pace University. Dhruv was pursuing a Bachelor of Business Administration and was set to complete his degree in six (6) semesters only. He has always worked hard and prioritized academics. Dhruv's father is a businessman in India and his mother is a devoted homemaker. Dhruv is very close to his grandparents as well and the arrest has shaken their proud and close family to its core. Everyone is heartbroken and in disbelief about Dhruv's actions and the resulting consequences. Angel and Dhruv imagined building a business together.

**Angel Mangukiya**, is the person who knows Dhruv as well as anyone writes:

> . . .Our family is close-knit . . . Dhruv has always been the heart of our family – he shares a deep bond with all of us, especially our grandparents. His arrest has shaken all of us to our core, but no one has been more affected than our father, who can't visit Dhruv because he does not have a visa. . .

> Dhruv is someone who trusts people easily. . . He is always the first to lend a hand, the one to stand by his friends in times of need. . . Throughout his life he has faced challenges, but he has always handled them with strength and perseverance. . .

> Ever since we were young, Dhruv and I shared a dream – to build something of our own, a business that reflects our hard work and passion. . . We have spent many hours discussing our plans, always motivated by the idea of creating something meaningful together. . .

> . . . When we were in high school, one of our friends started an organization, Pawsibilities, to feed stray dogs in India and Dhruv was deeply involved . . . He never hesitated to help, no matter how small the gesture, because he cared about the well being of those around him. . .

> Dhruv is a young man with a bright future, a kind heart and a determination to succeed. . . Everyone in our family is deeply affected by his arrest. We are constantly worried about his mental and physical health as he is too young to

2

endure such an ordeal. It is truly heartbreaking to see my brother
in this condition. We can only hope that his kindness, hard work
and good nature are recognized. This will leave his future in darkness,
affecting every dream he worked so hard for…

[**Exhibit A –** brother's letter]

The undersigned attorney realizes this Court gets many letters from parents of defendants

but these parents are not the type to excuse Dhruv's conduct but instead point out what he has

learned from this terrible mistake.  Dhruv's mother, **Alpa Mangukiya**, writes:

. . . Dhruv has been caring son, who keeps on updating his mother
New things around the world and looking at his smile kept us happy. . .

When Dhruv was taken into custody, it came as a complete shock
to me. . . I felt a deep sense of responsibility and pain, wondering how I
did not notice and protect him from negative influences. Dhruv has
shown me profound regret for his actions, especially after realizing his
choices caused financial and emotional harm to others . . .

This incident, though painful, has given Dhruv a renewed purpose. His
lifelong goal of serving the community has become even stronger . . .
During his nine months in detention, he has used the time constructively
by reading books and doing meditation. He knows he cannot undo his past
mistakes, but he is determined to build a better future and to never repeat
them . . .

[See **Exhibit B** – family letters]

Dhruv's father, **Rajesh Mangukiya**, writes:

. . . As a father, it gave me pride to know my sons were motivated not
only by their goals but also by a desire to contribute to society . . .

It pains me that while Dhruv was away in a foreign country without
the supervision of his parents or a guardian, he fell under the wrong
influence. Blinded by money, he did not realize the consequences of
what he was doing. For this I feel regret as a father, but I am also thankful
law enforcement intervened before things went even further.

Since his detention, Dhruv has expressed to me deep and unqualified
remorse. He has openly acknowledged that his actions caused financial

3

harm to elderly and vulnerable victims, and he feels genuine sorrow for this. He has told me this has been the greatest lesson of his life – a mistake he will never repeat . .

For our family, however, this situation has been devastating. The one who has been hurt the most is my own father . . . this case has broken his spirit. . . his grandmother has been affected even more – her heart is broken and at times she refuses to eat food out of grief . . .

. . . Adding to this, neither I nor my wife hold a U.S. visa so we Cannot even be physically present to support Dhruv . . . This has broken our hearts as parents. . .

[See **Exhibit B** – family letters]

Dhruv's impact on those who have worked with Dhruv also give insight into his

personal history and characteristics.  **Vijay Kapadia**, a former tutor, writes:

. . . it was clear that Dhruv took his academics seriously. He was a fast learner who quickly grasped concepts and he showed the kind of commitment and dedication to learning that every teacher hopes to see in a student . . .

. . .At that time, I was about 62-63 years old and Dhruv often went beyond academics to help me with groceries and small household chores. . . I came to see him as a kind, respectful and considerate young man who cared for the well-being of others. . .

It came as a great shock to me when I learned about the legal proceedings Dhruv is now facing . . . I believe strongly that he has the ability to learn from this mistake and redirect his life in a positive and constructive way . . .

. . . I know Dhruv's family closely . . .With the upbringing he has received and with the lessons he has now learned at a young age, I truly believe Dhruv will not reoffend . . I respectfully appeal for leniency. . . in light of his youth, his potential and h is capacity for rehabilitation . .

[**Exhibit C** – Letters of Supporters]

4

**Priyal Tejani** writes:

> . . . I first met Dhruv on a family trip nine years ago and we have been close friends ever since.  Our friendship grew strong when we were admitted to the same university . . .I have come to know him as a good hearted person who never lets his friends down. In academics, he often helped me clear my doubts in various subjects . . .Dhruv has always been honest, reliable and a trusted friend . . .

> . .. During my conversations with him while he has been in detention, Dhruv expressed to me with a heavy heart the great mistake he made by following the wrong people. He accepts responsibility for his actions and carries grief for the harm caused. At the same time, he has told me that the experience has been a life-changing lesson for him . . .

> . . . Even as close family friend, I have witnessed the pain his family has gone through since his detention, and I believe he deserves the chance to rebuild his life, and contribute positively to society. . .

[**Exhibit C** – Letters of Supporters]

## Victim of Assault in Detention (New Jersey)

Dhruv was arrested on December 5, 2024.  He was later detained after a hearing. He spent approximately twenty-five (25) days in the Essex County New Jersey facility before being brought to Texas. During that time, Dhruv had a cellmate who sexually assaulted him two times by physically overpowering him. He did not report the assault until several months later to counsel.  Counsel transmitted this information to AUSA Henneke and the authorities in the Texas detention facility confirmed no assaults had taken place at Limestone County detention facility.  Dhruv was twenty (20) years old at the time of the assaults. Fearful for possible repercussions he feared reporting the assaults until disclosing it to undersigned counsel. This occurred after he cooperated with the agents on the date he was arrested though it is not believed that the assaults are related to his cooperation.

**<u>Mitigating Factors – A Request for Sentence Below Guideline Range</u>**

In <u>U.S. v. Booker</u>, 125 S.Ct. 738 (2005), the Supreme Court held that the sentencing guidelines are only advisory.  The other factors set forth in 18 U.S.C. 3555(a) must also be considered in fashioning the appropriate sentence.  *See Booker*, 125 S.Ct. at 790.  These factors include:

> (1)     the nature and circumstances of the offense and the history and characteristics of the defendant;
>
> (2) the need for the sentence imposed to reflect the seriousness of the offense, to afford adequate deterrence, to protect the public from further crimes of the defendant and to provide the defendant with needed educational or vocational training, medical care of other correctional treatment in an effective manner;
>
> (3) the kinds of sentences available;
>
> (4) any pertinent policy statements issued by the Sentencing Commission;
>
> (5) the need to avoid unwarranted sentence disparities; and
>
> (6) the need to provide restitution to any victims.

In <u>U.S. v. Myers</u>, 353 F.Supp.2d 1026 (S.D.Iowa 2005), the court stated that in cases in which a defendant's history and character are positive, consideration of all of the Section 3553 factors might call for a sentence outside the guideline range.  18 U.S.C. Section 3661 states that "no limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence," cited in <u>Booker</u> 125 S.Ct. at 758.  In <u>United States v. Hadash</u>, 408 F.3d 1080 (8th Cir. 2005), the court made it clear that a reasonable departure from the guidelines is not limited solely to circumstances that the formerly mandatory guidelines framework would have deemed permissible bases for departure.  Finally, it is

6

important to note that Congress has directed that a district court "shall impose a sentence **sufficient, but not greater than necessary**, to comply with [the purposes of sentencing]. 18 U.S.C. 3553(a) (emphasis added).

<u>**Acceptance of Responsibility**</u>

Dhruv cooperated with authorities on the same date he was arrested. Upon arrival in Texas, he continued his cooperation. This is reflected in both the acceptance of responsibility points deducted for his sentencing level and also in the Government's position relative to sentencing level. However, I also believe timing of cooperation to be a relevant *Booker* factor. His codefendant (Kishan Patel) was no doubt recruited by Dhruv. In that sense, Patel's sentence should seemingly be lower than Dhruv's sentence. On the other hand, Dhruv's cooperation was immediate and significant. The Court should consider not just relevant roles but also the timing of cooperation.

<u>**Duress From Conspiracy Leaders**</u>

Dhruv was guided in his actions by leaders of this conspiracy outside of the United States. After initial work for the conspiracy, Dhruv was afraid of what could happen if he decided to stop his criminal activity. More importantly, his family members outside of the United States received threats of what may happen if Dhruv didn't continue in the criminal activity after Patel was arrested. Dhruv remains concerned for his family members.

<u>**Dhruv Mangukiya's Request For Mitigation/Variance**</u>

Counsel believes Dhruv's Guidelines in this case are too high for his situation and the evidence in the case. The Court should depart downward under 18 U.S.C. 3553 factors as well as in the interest of justice. These factors call for a sentence below the Guideline range. The

Government has agreed to a "low end" guideline sentence and recommends a level thirty (30) sentencing level.  However, undersigned counsel believes the Court should consider a sentence below the guidelines in this case and consider the length and nature of his detention since arrested.

Dhruv Mangukiya, through the undersigned counsel, requests this court deviate from the Guidelines as permitted under the law given the following factors:

a) The degree of remorse and responsibility demonstrated;
b) The level of family support and friend support, minimizing chances of recidivism;
c) The certainty of deportation;
d) The pressure experienced by Dhruv from conspirators; and
e) The young age at which Dhruv became involved.

The undersigned counsel believes that these factors outweigh any societal interest in a sentence exceeding 48 months.

Respectfully submitted,

_____
**Samuel E. Bassett**
Minton, Bassett, Flores & Carsey
1100 Guadalupe
Austin, Texas 78701
(512) 476-4873 Telephone
(512) 479-8315 Facsimile
State Bar No. 01894100
Attorney for Dhruv Mangukiya

## **Certificate of Service**

By affixing my signature above, I, Samuel E. Bassett, hereby certify that a true and correct copy of the above Memorandum in Aid of Sentencing has been sent to Mr. Keith Henneke, Assistant United States Attorney, U.S. Attorney's Office for the Western District of Texas, Austin Division, on the 6th day of October, 2025 via service through electronic filing and to the U.S. Probation Office, attention Ms. Heather Durand, on that same date.

8

# EXHIBIT A

# LETTER FROM BROTHER

My name is Anjel Mangukiya, and I want to share a little about my younger brother, Dhruv. He is more than just my brother—he is my closest companion, my support system, and someone who has always brought warmth and kindness into our lives.

Dhruv and I came to the United States in the fall of 2022 to study at Pace University. At just 17, he left behind our family in India with big dreams and a determination to make the most of his education. He is pursuing a Bachelor of Business Administration (BBA) in Finance and was set to complete his degree by the spring of 2025, finishing in just six semesters—a testament to his dedication and hard work. Academics have always been a priority for Dhruv.

Our family is close-knit, consisting of our father, a businessman, our mother, a devoted homemaker, our grandparents, Dhruv, and me. Dhruv has always been the heart of our family—he shares a deep bond with all of us, especially our grandparents. His arrest has shaken all of us to our core, but no one has been more affected than our father, who cannot even see his own son because he does not have a U.S. visa. This separation has been heartbreaking, and we worry every day about Dhruv's well-being.

Dhruv is someone who trusts people easily—he sees the good in others and has a genuine heart. He is always the first to lend a hand, the one to stand by his friends in times of need, and someone who values loyalty, honesty, and integrity above all else. Throughout his life, he has faced challenges, but he has always handled them with strength and perseverance, never allowing difficulties to break his spirit.

Ever since we were young, Dhruv and I have shared a dream—to build something of our own, a business that reflects our hard work and passion. We have spent many hours discussing our plans, always motivated by the idea of creating something meaningful together. Dhruv is not just a dreamer; he is someone who takes action to turn his goals into reality.

Dhruv has always had a compassionate side. When we were in high school, one of our friends started an organization, Pawsibilities, to feed stray dogs in India, and Dhruv was deeply involved. Every week, we would participate in feeding drives, making sure the dogs were taken care of. He never hesitated to help, no matter how small the gesture, because he genuinely cared about the well-being of those around him.

When I struggled and failed in 9th grade, Dhruv stood by my side. He never let me feel like I was a weak student and always encouraged me, helping me with my studies and boosting my confidence. His unwavering support made a significant difference in my life.

Being in the U.S., I am the only family Dhruv has here. We have always been there for each other, navigating the struggles of being away from home, supporting each other through every difficulty. Without our parents and extended family close by, I have seen firsthand how deeply he values the support of loved ones and how much he cherishes his relationships.

Dhruv is more than just a student, a brother, and a son. He is a young man with a bright future, a kind heart, and a determination to succeed. Our family is incredibly proud of him, and we know that he has so much more ahead of him.

Everyone in our family is deeply affected by his arrest. We are constantly worried about his mental and physical health, as he is too young to endure such an ordeal. It is truly heartbreaking to see my brother

in this condition, and we can only hope that his kindness, hard work, and good nature are recognized. This will leave his future in darkness, affecting every dream he has worked so hard for.

Despite everything, Dhruv has done everything in his power to help the authorities. He has cooperated fully and has provided any assistance needed to help identify the true mastermind behind this situation. His willingness to assist shows his honesty and his commitment to doing the right thing.

Thank you for taking the time to read this. Our family deeply appreciates any support and consideration given to Dhruv's journey.

# EXHIBIT B

# LETTERS FROM FAMILY

Alpa Rajesh Mangukiya

15 Rugved Bungalows

Surat, GJ, India

+91 9909011632


September 5, 2025


Honorable Judge Pitman

United States District Court

501 West 5th street

Suite 5300

Austin, TX, 78701


Subject- Character Reference for Dhruv Mangukiya.


Honorable Judge Pitman,


I, Alpa Rajesh Mangukiya, mother of Dhruv Rajesh Mangukiya, who is currently before this Honorable Court. I write with full respect for the law, and with the hope of sharing the truth of my son's character and the pain this situation has brought to our family.


Dhruv has always been a "mamma's boy," the first one to accompany me wherever I went. Since childhood, he has been calm, gentle, and easy to raise. Throughout his academics, he remained punctual, committed, and a fast learner. Even while he was in school, I have heard praises

about his dedication and behavior from his teachers. Instead, I often saw him eager to participate in school and city-level sports and academic events with both enthusiasm and dedication. Apart from academics Dhruv has been caring son, who keeps on updating his mother new things around the world and looking at his smile kept us happy.

When Dhruv was taken into custody, it came as a complete shock to me. As a mother, I felt a deep sense of responsibility and pain, wondering how I did not notice and protect him from negative influences. Dhruv himself has shown me profound regret for his actions, especially after realizing that his choices caused financial and emotional harm to others. He has told me repeatedly that he should have remained focused on his academics, rather than being part of something he didn't know about in order to cover his expenses.

This incident, though painful, has given Dhruv a renewed purpose. His lifelong goal of serving the community has become even stronger, because he now understands the importance of living responsibly and using his energy in positive ways. During his nine months in detention, he has used his time constrictively by reading books and doing meditation. He knows that he cannot undo his past mistakes, but he is determined to build a better future and to never repeat them.

As his mother, this has been one of the most heartbreaking periods of my life. Having Dhruv away from us has been deeply painful, but what makes it harder is seeing my own mother's worsening battle with stage 3 breast cancer. These hardships have left our family struggling emotionally and physically, and it hurts me deeply to know that Dhruv cannot be by our side during this time.

Honorable Judge, I respectfully ask you to consider Dhruv's true character, his remorse, and his commitment to living a responsible and meaningful life. He is not a person who will reoffend. I humbly appeal for leniency in sentencing, in light of his youth, his ability to learn from this experience, and the hope he carries to contribute positively to society and support his family.

Thank you for taking your time and reading this letter.

Respectfully,

Alpa Mangukiya

Rajesh Parshottambhai Mangukiya

Surat, GJ, India

+91 9825600632


September 9,2025


Honorable Judge Pitman

United States District Court

501 West 5th street

Suite 5300

Austin, TX, 78701


Subject- Character Reference for Dhruv Mangukiya.


Honorable Judge Pitman,


I, Rajesh Mangukiya, respectfully write this Character Reference letter of my son, Dhruv Mangukiya, who is currently before this Honorable Court. I do so with full respect for the law, and with the hope of sharing my perspective as his father about his true character and the hardship our family is enduring.

Since childhood, Dhruv has been a respectful, studious, and well-behaved child. He and his brother, Anjel, always dreamed of building a business together and spoke often about how they could serve the community through their work. As a father, it gave me pride to know my sons were motivated not only by their goals but also by a desire to contribute to society. Throughout his school years, Dhruv was punctual, hardworking, and committed both to his studies and to his family.

It pains me that while Dhruv was away in a foreign country without the supervision of his parents or a guardian, he fell under the wrong influence. Blinded by money, he did not realize the consequences of what he was doing. For this, I feel regret as a father, but I am also thankful that law enforcement intervened before things went even further.

Since his detention, Dhruv has expressed to me deep and unqualified remorse. He has openly acknowledged that his actions caused financial harm to elderly and vulnerable victims, and he feels genuine sorrow for this. He told me this has been the greatest lesson of his life—a mistake he will never repeat, and a constant reminder that he must live responsibly and lawfully in every decision going forward.

For our family, however, this situation has been devastating. The one who has been hurt the most is my own father, Dhruv's grandfather. He is already high diabetes and dyslipidemia, and this case has broken his spirit. He finds it very difficult to see his grandson in this state. My mother, Dhruv's

grandmother, has been affected even more—her heart is broken, and at times she even refuses to eat food out of grief for him. Watching them suffer in this way has been unbearable for me as their son and for us as a family. I too suffer from diabetes and dyslipidemia, while my mother-in-law is fighting stage 3 breast cancer. We are a large family of ten, relying mainly on me and my brother for support, and without Dhruv's presence, the strain on us has been severe. Adding to this, neither I nor my wife hold a U.S. visa, so we cannot even be physically present to support Dhruv through this painful process. This has broken our hearts as parents.

Honorable Judge, I respectfully ask you to consider Dhruv's true character, his ability to learn and grow from this experience, and the love and support he provides to his family. I humbly appeal for mercy in light of his youth, his sincere remorse, and the suffering this has brought not only to him but to his elderly grandparents, whose health has been most affected by this ordeal. I trust in the wisdom of the Court and pray that Dhruv is given the chance to rebuild his life in a positive way.

Thank you for your time and understanding.

Respectfully,

Rajesh Mangukiya

Fuliben Parshottambhai Mangukiya

15 Rugved Bungalows

Surat, GJ, India

+91 9909914632


September 9, 2025


Honorable Judge Pitman

United States District Court

501 West 5th street

Suite 5300

Austin, TX, 78701


Subject- Character Reference for Dhruv Mangukiya.


Honorable Judge Pitman,


I, Fuli Mangukiya, am writing this letter for my grandson, Dhruv Mangukiya. With deep respect for this Honorable Court, I wish to share my perspective on my grandson, whom I have loved and guided since his childhood.

From the time he was a little boy, Dhruv has always been calm, understanding, and respectful. He fulfilled his duties as a grandson with devotion and made me proud through his academic achievements and kind behavior. When he lived in India, he cared for both me and his grandfather — making sure we took our medications on time,

accompanying us to doctor's visits, and even helping me with gardening. He has always been a family-oriented young man with a good heart, who never disrespected others.

Since Dhruv has been in custody, I have seen him show deep remorse and reflection. He told me that when he began working, he did not realize the money he was earning came through unlawful means and was tied to the pain of others. This realization has been life-changing for him. He now fully understands the seriousness of his mistake and has accepted it with sincerity, showing both regret and a commitment to making better choices in the future.

Honorable Judge, what troubles me most is how this situation has affected my son and my husband. My son, Rajesh, developed dyslipidemia and unstable blood pressure since Dhruv's detention, and it has taken a toll on his health and spirit. My husband, Dhruv's grandfather, has a long history of diabetes and dyslipidemia, and this situation has only worsened his condition. Both of them carry heavy burdens of illness, but the emotional pain of seeing Dhruv in custody has hurt them even more.

I humbly appeal to Your Honor to see Dhruv's true character — a kind, family-oriented young man who acknowledges his mistakes, shows genuine remorse, and wishes to live responsibly. I trust in the wisdom of the Court and respectfully pray for mercy in light of his youth, his capacity for change, and the suffering his absence has brought to his father and grandfather.

Respectfully,
Fuli Mangukiya

Om Mangukiya

Dubai, UAE

Ommangukiya77@gmail.com


September 2, 2025


Honorable Judge Pitman

United States District Court

501 West 5th street

Suite 5300

Austin, TX, 78701


Subject- Character Reference for Dhruv Mangukiya.


Honorable Judge Pitman,


My name is Om Mangukiya, and I am Dhruv Mangukiya's cousin. I came to the United States a year after he did for undergraduation, and from that point on, we lived together. Being new to the country, Dhruv was always there for me—helping me adjust, guiding me through everything, and making sure I never felt alone. We did almost everything together, whether it was going out, figuring things out as students, or just having each other's company in a foreign place.

One moment that really showed his character was when I wasn't feeling well at a friend's place. Even though Dhruv wanted to stay, he immediately left just to make sure I got home safely. That's the kind of person he is—someone who puts others before himself and genuinely cares about the people around him.

Dhruv has always been hardworking and determined. He came to the U.S. with big dreams, pursuing his Bachelor of Business Administration (BBA) in Finance at Pace University. He was set to graduate in just six semesters, which speaks to his dedication and commitment.

This entire situation has been incredibly difficult, and he fully understands the gravity of what has happened. He deeply regrets everything and is truly sorry. From the very beginning, he has been fully cooperative with the authorities, providing all the information he has to assist in the case.

I just hope that his honesty, willingness to help, and the kind of person he truly is are considered. Thank you for taking the time to read this.


Respectfully,

Om Mangukiya

# EXHIBIT C

# LETTERS FROM SUPPORTERS

Vijay Kapadia

Surat, GJ, India

+91 9377840419


September 11, 2025


Honorable Judge Pitman

United States District Court

501 West 5th street

Suite 5300

Austin, TX, 78701


Subject- Character Reference for Dhruv Mangukiya.


Honorable Judge Pitman,


I am writing this letter as Dhruv Mangukiya's former tutor. I have known Dhruv for over seven years and had the privilege of tutoring him and his brother, Anjel, in mathematics and science during their 9th and 10th grades.

When I began tutoring them, both brothers would come to my home for lessons at 5 o'clock in the morning. Their punctuality and discipline at such a young age left a strong impression on me, and it was clear that Dhruv took his academics seriously. He

was a fast learner who quickly grasped concepts, and he showed the kind of commitment and dedication to learning that every teacher hopes to see in a student.

Over those two years, I also came to know Dhruv personally. At that time, I was about 62–63 years old, and Dhruv often went beyond academics to help me with groceries and small household chores. In many ways, he treated me like a grandfather, and I came to see him as a kind, respectful, and considerate young man who cared for the well-being of others.

It came as a great shock to me when I learned about the legal proceedings Dhruv is now facing. In my experience, he has always been calm, studious, and compassionate. As his teacher, I can say with confidence that he is not someone who would intentionally cause harm to others. While I do not know the details of how he became involved in this matter, I believe strongly that he has the ability to learn from this mistake and redirect his life in a positive and constructive way.

Lastly, I wish to add that I know Dhruv's family closely. His parents and grandparents have always emphasized good values, discipline, and responsibility in their children. With the upbringing he has received and with the lessons he has now learned at a young age, I truly believe Dhruv will not reoffend. Instead, he has the capability to make a positive impact in his own life and in the lives of people around him.

Honorable Judge, I respectfully appeal for leniency in Dhruv's sentencing, in light of his youth, his potential, and his capacity for rehabilitation.

Thank you for taking time and reading this letter.

Respectfully,

Vijay Kapadia

Priyal Anil Tejani

Surat, GJ, India

+91 8356054136


September 10, 2025


Honorable Judge Pitman

United States District Court

501 West 5th street

Suite 5300

Austin, TX, 78701


Subject- Character Reference for Dhruv Mangukiya.


Honorable Judge Pitman,


I, Priyal Tejani, am writing this character reference letter for my friend, Dhruv Mangukiya, who is currently before this Honorable Court.


I first met Dhruv on a family trip nine years ago, and we have been close friends ever since. Our friendship grew even stronger when we were admitted to the same university. Over these years,

I have come to know him as a good-hearted person who never lets his friends down. In academics, he often helped me clear my doubts in various subjects, and he was always eager to participate in university events. Knowing him for nearly a decade, I can confidently say that Dhruv has always been honest, reliable, and a trusted friend — someone deeply committed to his goals and his family. He often spoke about development and uplifting people in the community, which reflects his positive mindset.

Knowing Dhruv closely, I can say that he is not someone who would intentionally harm anyone. During my conversations with him while he has been in detention, Dhruv has expressed to me with a heavy heart the great mistake he made by following the wrong people. He accepts responsibility for his actions and carries grief for the harm caused. At the same time, he has told me that this experience has been a life-changing lesson for him. He is determined to move forward by making only positive and lawful choices in the future.

Lastly, I would like to say that Dhruv is not the kind of person who will repeat his mistakes. Instead, he is someone who learns from them and takes responsibility for his actions. Even as close family friend, I have witnessed the pain his family has gone through since his detention, and I believe he deserves the chance to rebuild his life, and contribute positively to society.

Thank you for taking you time to read this letter.

Respectfully,

Priyal Tejani